District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAVI KIRAN CHILAKAPATI,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>　　　　　　　　Defendant. | No. 2:23-cv-01604-TL<br><br>**STIPULATION OF DISMISSAL**<br><br>Noted for Consideration:<br>February 7, 2024 |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this case on the following terms:

1.　　Defendant agrees to issue a Service Motion to Reopen ("SMTR") within 14 days of this Stipulation.  The SMTR will allow Plaintiff to provide evidence that the giftor of $20,000 towards the purchase of Plaintiff's house derived the funds from a lawful source.

2.　　Defendant agrees to issue to Plaintiff an approval, denial, request for evidence, or notice of intent to deny within 21 days of actual receipt of Plaintiff's response to the SMTR.

3.　　Plaintiff agrees to provide Defendant tracking information for its response to the SMTR through counsel within 5 business days of mailing; and

4.　　If Defendant issues a request for evidence or notice of intent to deny, it further agrees to make a final decision within 90 days on the same terms as prescribed in Paragraph 2.

STIPULATION OF DISMISSAL
2:23-cv-01604-TL - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

5. The parties agree to dismiss this case without prejudice, bearing their own costs and fees.

6. If Plaintiff believes Defendant has breached this agreement in any way, he will notify undersigned counsel and provide Defendant with at least 14 days to remedy any such breach. If Defendant fails to remedy said breach within 14 days, Plaintiff may file a Motion to Reopen this matter. Defendant agrees to be subject to jurisdiction and venue regarding any such filing sought to enforce the terms and conditions of this Stipulated Dismissal, filed in this Court / within the Western District of Washington.

DATED this 7th day of February, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | KARR, TUTTLE, CAMPBELL |
| */s/Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Email: michelle.lambert@usdoj.gov | *s/Kripa Upadhyay*<br>KRIPA UPADHYAY, WSBA #40063<br>701 Fifth Ave, Suite 3300<br>Seattle, WA 98104<br>Phone: 206.224.8092<br>Email: kripa@karrtuttle.com<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendant*

### [PROPOSED] ORDER

The parties having so stipulated, the above is SO ORDERED. The case is dismissed without prejudice.

DATED this 7th day of February 2024.

_____
Tana Lin
United States District Judge

STIPULATION OF DISMISSAL
2:23-cv-01604-TL - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800